IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CR300 |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHELLE JENSEN, | ) | ORDER |
| ISAIAH NEVINS, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on defendant Isaiah Nevin's Unopposed Motion to Continue Trial [67]. Defendant needs additional time to complete treatment. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [67] is granted, as follows:

1. The jury trial, **for both defendants**, now set for July 27, 2020, is continued to **September 28, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 28, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** July 10, 2020.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**